In the Matter of MURRAY ZARNES, on Behalf of Himself and Others Similarly Situated, Respondent, against MAURICE FINKELSTEIN et al., Constituting the Temporary City Housing Rent Commission of the City of New York, Respondents, and GREYSTONE HOTEL CORPORATION, Appellant.

Argued April 20, 1953; decided May 28, 1953.

*Jerome E. Malino, Peter P. Smith, Godfrey Cohen* and *Robert L. Callahan* for appellant.

*Bernhardt M. Meisels* for petitioner-respondent.

*Frederick Katz,* in person, and *William Levin* for Frederick Katz, *amicus curiæ,* in support of petitioner-respondent's position.

Order affirmed and order absolute ordered against appellant on the stipulation, with costs in all courts. No opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, · FULD and FROESSEL, JJ.